ANNIE E. BLANCHARD, individually and as executrix and trustee, &c., respondent,

*v.*

WALLACE H. BLANCHARD, individually and as executor and trustee, &c., et al., appellants.

[Decided September 22d, 1937.]

*Mr. Emanuel D. Lasher,* for the respondent.

*Messrs. Cohen & Klein, Mr. George B. Astley, Messrs. Sandmeyer & Meisner, Mr. William V. Rafferty (Mr. Merritt Lane,* of counsel), and *Messrs. Lum, Tamblyn & Fairlie,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *116 N. J. Eq. 435.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.